IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Miami-Luken, Inc.

    Plaintiff(s),

vs.

Drug Enforcement Agency,

    Defendant(s).

Case Number: 1:16mc12

Judge Susan J. Dlott

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on August 1, 2017 a Report and Recommendation (Doc. 33). Subsequently, the defendant filed objections to such Report and Recommendation (Doc. 34) and plaintiff filed a response to the objections (Doc. 35).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, defendant DEA's Rule 60(b)(6) motion seeking relief from the Court's April 21, 2017 final Order and to set aside the Court's judgment (Doc. 27) is DENIED without prejudice to renew (if appropriate) following the conclusion of the related case in the Sixth Circuit Court of Appeals.

IT IS SO ORDERED.

*Susan J. Dlott*
Judge Susan J. Dlott
United States District Court